United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>ALTAMIRA CORPORATION,<br><br>        Defendant. | Case No. 16-CV-05335-LHK<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT DEFAULT JUDGMENT**<br><br>Re: Dkt. Nos. 14, 17 |

      This is a disability access case that was assigned to Magistrate Judge Nathanael Cousins. On November 10, 2016, the Clerk entered default against Defendant. ECF No. 9. On February 7, 2017, Plaintiff moved for default judgment against Defendant. ECF No. 14. Defendant did not respond to Plaintiff's motion for default judgment and still has not appeared in the instant case. On March 27, 2017, Judge Cousins issued a Report and Recommendation to Grant Default Judgment and ordered the reassignment of the instant case to a District Judge. ECF No. 17. On March 28, 2017, the instant case was reassigned to the undersigned judge. ECF No. 18.

      No objections to Judge Cousins' Report and Recommendation have been filed, and the time to file objections has expired. *See* Fed. R. Civ. P. 72(b)(2).

      Having reviewed the Report and Recommendation, as well as the record in this case, the

1

Case No. 16-CV-05335-LHK
ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT DEFAULT JUDGMENT

Court finds that the Report and Recommendation is well-founded in fact and in law and, therefore, the Court adopts the Report and Recommendation.

**IT IS SO ORDERED.**

Dated: April 14, 2017

*Lucy H. Koh*
LUCY H. KOH
United States District Judge